# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

ROBERT MALLOY, and DARKWOOD
LIMITED PARTNERS,

       Plaintiffs,

v.                                     CASE NO. 2:09-CV-801-FtM-36DNF

RICHARD CASEY, PAUL COTTRELL,
MARK FANSTILL, JAN FANSTILL,
SANDY POND, KEN GUINTA, DANIEL
GAWENDA, REX DUNN, HAL BURGESS,
SHELL CREEK MUSIC, INC., and
COLOUR MY WORLD, INC.,

       Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Douglas Frazier on October 25, 2010 (Dkt. 32) recommending that

the Court dismiss Defendants Hal Burgess and Rex Dunn from this action for Plaintiff's failure to

serve them.  Fed. R. Civ. P. 4(m).  No parties have filed objections to this Report, and the time to

do so has now expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge in

conjunction with an independent examination of the court file, the Court is of the opinion that the

Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all

respects.  The Court finds that Defendants Hal Burgess and Rex Dunn are due to be dismissed from

this action for Plaintiff's failure to serve them pursuant to Fed. R. Civ. P. 4(m).

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1)     The Report and Recommendation of the Magistrate Judge (Dkt. 32) is **ADOPTED**,

    **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for

    all purposes, including appellate review.

2)     Defendants Hal Burgess and Rex Dunn are **DISMISSED** from this action.

3)     The Clerk is directed to enter judgment accordingly as to Defendants Burgess and

    Dunn only.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 10, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD AND UNREPRESENTED PARTIES

–2–