FILED

Robert Malloy
4485 Nutsedge Road
El Jobean, FL 33927
Phone 941-286-2505

Plaintiff

2011 MAR 18 AM 10: 45

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

| ROBERT MALLOY | CIVIL |
| --- | --- |
| Plaintiff | Case No. 2:09-CV-801-FTM-99DNF |
| vs | **MOTION FOR DEFAULT** |
| RICHARD CASEY, PAUL COTTRELL, MARK FANSTILL, JAN FANSTILL, SANDY POND, KEN GUINTA, DANIEL GAWENDA, SHELL CREEK MUSIC, INC. and COLOUR MY WORLD, INC. | MOTION FOR DEFAULT JUDGMENT – SHELL CREEK MUSIC |
| Defendants | |

MOTION FOR DEFAULT JUDGMENT – SHELL CREEK MUSIC, INC.

Robert Malloy comes herein with this MOTION FOR DEFAULT JUDGEMENT – SHELL CREEK MUSIC, INC. and says as follows:

MOTION FOR DEFAULT JUDGMENT – SHELL CREEK                Page 1

1. On Order of the Court dated January 31, 2011, Defendant Shell Creek Music, Inc. was ordered to retain counsel and have counsel file a notice of appearance in this case.

2. As of this date of filing, Defendant Shell Creek Music, Inc. has failed to comply with the Court's Order. Further, Defendant Shell Creek Music, Inc. has notified the Court on February 25, 2011 by a filing of a notice to the Court that Defendant will not comply with the order.

Now comes Plaintiff Robert Malloy and requests that the Court enter a default judgment in favor of the Plaintiff against Defendant Shell Creek Music, Inc. for the relief and the full amount requested by Plaintiff and for any and all additional relief that the Court deems appropriate.

Dated March 16, 2011

CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was delivered to all parties of record, by depositing the same in the United States Mail.

Respectfully Submitted

Robert Malloy, Pro Se
4485 Nutsedge Road
Pt. Charlotte, FL 33927
941-286-2505