**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

ROBERT MALLOY,

    Plaintiff,

v.                                                      CASE NO. 2:09-CV-801-FtM-36DNF

RICHARD CASEY, PAUL COTTRELL,
MARK FANSTILL, JAN FANSTILL,
SANDY POND, KEN GUINTA, DANIEL
GAWENDA, SHELL CREEK MUSIC,
INC. and COLOUR MY WORLD, INC.,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on March 18, 2011 (Dkt. 74), recommending that the Court enter a default against Defendant Shell Creek Music, Inc. for failing to retain counsel and failing to comply with the Court's Order (Dkt. 60).

    After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court finds that a default is due to be entered against Defendant Shell Creek Music, Inc. for failing to retain counsel and failing to comply with the Court's Order.

    Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

- 2 -

1) The Report and Recommendation of the Magistrate Judge (Dkt. 74) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Clerk is directed to enter a **DEFAULT** against Defendant Shell Creek Music, Inc. only.

**DONE AND ORDERED** at Ft. Myers, Florida, on April 5, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD AND UNREPRESENTED PARTIES