Robert Malloy
4485 Nutsedge Road
El Jobean, FL 33927
Phone 941-286-2505

Plaintiff

FILED

2011 MAY 13 PM 1:27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

| ROBERT MALLOY | CIVIL |
|---|---|
| Plaintiff | Case No. 2:09-CV-801-FTM-99DNF |
| vs | MOTION FOR DEFAULT |
| RICHARD CASEY, PAUL COTTRELL, MARK FANSTILL, JAN FANSTILL, SANDY POND, KEN GUINTA, DANIEL GAWENDA, SHELL CREEK MUSIC, INC. and COLOUR MY WORLD, INC. | MOTION FOR DEFAULT JUDGMENT – SHELL CREEK MUSIC |
| Defendants | |

MOTION FOR DEFAULT JUDGMENT – SHELL CREEK MUSIC, INC.

Robert Malloy comes herein with this MOTION FOR DEFAULT JUDGEMENT – SHELL CREEK MUSIC, INC. and says as follows:

1. Pursuant to Fed.R.Civ.P. 55(a), the Clerk of the Court has entered a default against defendant Shell Creek Music, Inc. on April 8, 2011.

Now comes Plaintiff Robert Malloy and requests that the Court enter a Default Judgment in favor of the Plaintiff against Defendant Shell Creek Music, Inc. for the relief and the full amount requested by Plaintiff and for any and all additional relief that the Court deems appropriate.

Dated May 12, 2011

CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was delivered to all parties of record, by depositing the same in the United States Mail.

Respectfully Submitted

Robert Malloy, Pro Se
4485 Nutsedge Road
Pt. Charlotte, FL 33927
941-286-2505